UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
_____
                                    )
                                    )
ENVIRONMENTAL ENERGY SERVICES, INC. )
                                    )
                  Plaintiff         )          CONSENT TO STAY
         vs.                        )
                                    )
DR. PETER J. HURLEY                 )
CYLENCHAR LIMITED                   )          Civil Action No. 3:110039JCH
                                    )
                                    )
                  Defendants        )
                                    )
_____)
```

Environmental Energy Services, Inc, plaintiff, by its attorney, Donald A. Herner, pursuant to the Order dated October 11, 2011 of the Honorable Judge Janet C. Hall, hereby consents to a stay of the claims by plaintiff against defendant Dr. Peter J. Hurley, by administratively closing this case without prejudice to reopening pending the results of an arbitration between plaintiff and defendant Cylenchar Limited.

/s/ Donald A. Herner
Donald A. Herner (ct 28520)
Herner & Associates, LLC
Attorney for Plaintiff
222 Selleck Street
Stamford, CT 06902
Phone: 203 975-8818
Fax:    203 326-8710
Email: herner@hernerassoc.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 25, 2011, a copy of the foregoing Consent to Stay was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

<u>/s/ Donald A. Herner</u>
Donald A. Herner ct 28520
Herner & Associates, LLC
Attorney for Plaintiff
222 Selleck Street
Stamford, CT 06902
Phone: (203) 975-8818
Fax:    (203) 326-3710
Email: <u>herner@hernerassoc.com</u>